UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY CARDINAL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC., BERLEX LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-2036 SBA<br><br>Assigned to: Hon. Saundra Brown Armstrong<br><br>**ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS** |

---

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION
PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS -- CASE NO. CV 10-2036 SBA

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, California 94111

1  The Court, having fully considered the papers jointly submitted by the parties in
2  connection with the Joint Motion for Administrative Relief To Stay Action Pending Transfer to
3  Multidistrict Proceedings, and good cause appearing, HEREBY ORDERS that the above-
4  captioned case is STAYED pending transfer to MDL No. 2100.
5  **IT IS SO ORDERED.**

Dated: _6/3/10                                      _____
　　　　　　　　　　　　　　　　　　　　　　　HON. SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

- 2 -

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, California 94111

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS -- CASE NO. CV 10-2036 SBA